**Arnold BERNSTEIN, also known as Arnold M. Bernstein, Plaintiff-Appellant, v. N. V. NEDERLANDSCHE – AMERIKAANSCHE STOOMVAART–MAATSCHAPPIJ, also known as Holland-America Line, Defendant-Appellee.**

**No. 265, Docket 20586.**

Circuit Court of Appeals, Second Circuit.

May 23, 1947.

Bennet, House & Couts, of New York City (William S. Bennet, Victor House, Bernard A. Finkel, and Sidney I. Liebowitz, all of New York City, of counsel), for plaintiff-appellant.

Burlingham, Veeder, Clark & Hupper, of New York City, for defendant-appellee.

Before L. HAND, AUGUSTUS N. HAND, and FRANK, Circuit Judges.

PER CURIAM.

Appeal dismissed on authority of Catlin v. United States, 324 U.S. 229, 65 S.Ct. 631, 89 L.Ed. 911.

**Jesse PITT v. PENNSYLVANIA RAILROAD COMPANY, Appellant.**

**No. 9194.**

Circuit Court of Appeals, Third Circuit.

Argued Nov. 7, 1946.
Reargued May 19, 1947.
Decided June 3, 1947.

Philip Price, of Philadelphia, Pa., for appellant.

B. Nathaniel Richter, of Philadelphia, Pa., for appellee.

Before BIGGS, MARIS, GOODRICH, McLAUGHLIN, and KALODNER, Circuit Judges, and RODNEY, District Judge.

PER CURIAM.

The judgment, 66 F.Supp. 443, is affirmed by an equally divided court.